**Continuing Abatement Order issued April 17, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-10-00382-CV**

_____

**HMG PARK MANOR OF QUAIL VALLEY, LLC D/B/A PARK MANOR OF QUAIL VALLY AND PARK MANOR OF QUAIL VALLEY, Appellants**

**V.**

**AURELIA SANDERS, as Independent Administratratrix of the Estate of Dorothy M. Terry, Deceased, Appellee**

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCV-176231**

## C O N T I N U I N G   A B A T E M E N T   O R D E R

On October 18, 2010, appellants filed an unopposed motion to reset oral argument because the parties are in the process of finalizing the settlement of this case. The parties requested that the appeal be abated for 90 days to complete the settlement. The motion was granted, and the appeal was abated until January 20, 2011. On February 3, 2011, this court issued an order requesting that the parties advise the court of the status of the settlement. No response was filed, and on March 4, 2011, the court notified the parties

that the court would consider dismissal of the appeal for want of prosecution. On March 15, 2011, the parties requested another 90-day extension of the abatement, which the court granted.

On July 14, 2011, this court again issued an order requesting that the parties advise the court of the status of the settlement. The parties requested another 90-day extension which the court granted. On November 22, 2011, appellants filed a motion to continue the abatement again until February 16, 2012. The court granted the motion. To date, the court has not been advised that the settlement has been completed. The appeal has been abated for 18 months.

Accordingly, we issue the following order.

The court will consider **REINSTATEMENT** of the appeal on **May 14, 2012. No further extensions of time will be granted absent extraordinary circumstances.**


PER CURIAM